# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2012 AUG 24  PM 2:30

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

MANUEL DEJESUS AVILA-MUNOZ,

                Defendant.

CASE NO. 12CR3111-AJB

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: 21 USC 841(a)(1)                .

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: AUGUST 23, 2012

                        RUBEN B. BROOKS
                        UNITED STATES MAGISTRATE JUDGE

                        ENTERED ON _____